FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.
2018 MAY 11 PM 4:18
CLERK
SO. DIST. OF GA.

# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| DWIGHT L. ALLEN, | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 2:17-cv-115 |
| v. | * | |
| CAMDEN COUNTY SUPERIOR COURT, | * | |
| Defendant. | * | |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's March 5, 2018, Report and Recommendation, dkt. no. 12, to which Plaintiff failed to file Objections.[1] Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court.

---

[1] Plaintiff filed a Notice of Interlocutory Appeal. Dkt. No. 13. However, even reading this Notice liberally, Plaintiff fails to include arguments addressing the Magistrate Judge's March 5, 2018, Report and Recommendation. Additionally, the Eleventh Circuit Court of Appeals dismissed Plaintiff's interlocutory appeal for want of prosecution based on Plaintiff's failure to pay the applicable filing fee. Dkt. No. 14. Plaintiff previously filed an Objection to the Northern District of Georgia's Order transferring this case to this District. Dkt. No. 6. Even assuming that Objection is properly before this Court, Plaintiff has failed to establish that the Order of transfer was erroneous or that it should be reconsidered for any reason. Moreover, the Objection does not affect the Magistrate Judge's analysis that this action is due to be dismissed for Plaintiff's failure to follow this Court's Order. Thus, the Court **DISMISSES** Plaintiff's Objection, dkt. no. 6.

The Court **DISMISSES** Plaintiff's Complaint and **DENIES** Plaintiff leave to appeal *in forma pauperis*. The Court **DIRECTS** the Clerk of Court to enter the appropriate judgment of dismissal and to **CLOSE** this case.

**SO ORDERED**, this 11 day of May, 2018.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)